No. 81–5543. PYLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–5546. GADDIS *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Sup. Ct. Ga. Certiorari denied.

No. 81–5548. SHANMUGADHASAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–5552. HOLT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5554. HAMMONDS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–5556. BURROUGHS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–5558. DOEPEL *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 81–5561. LEGENDRE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–5565. LAWSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–5580. RIBEIRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–5587. GREER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.